UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Ora Joseph Donaldson, Jr.,

    Plaintiff,

v.

State of Ohio Department of
Rehabilitation and Corrections, *et al.*,

    Defendants.

Case No. 2:22-cv-3275

Judge Michael H. Watson

Magistrate Judge Bowman

## ORDER

Magistrate Judge Bowman issued a Report and Recommendations ("R&R") after performing an initial screen of Plaintiff's Amended Complaint (as supplemented) in this prisoner civil rights case. R&R, ECF No. 15.

The R&R recommends dismissing with prejudice Plaintiff's federal claims related to the Correctional Reception Center ("CRC"), dismissing without prejudice Plaintiff's state-law claims related to CRC, and severing and dismissing without prejudice Plaintiff's claims related to the North Central Correctional Complex ("NCCC"). *Id.* at 6. The R&R notified Plaintiff of his right to object to the recommendations contained therein and that failure to object may forfeit rights on appeal. *Id.* at 12.

The deadline for objecting has passed, and Plaintiff did not object. Accordingly, the Court **ADOPTS** the R&R. Plaintiff's federal claims relating to CRC are **DISMISSED WITH PREJUDICE**. The Court declines to exercise

supplemental jurisdiction over Plaintiff's state-law claims relating to CRC, and those claims are **DISMISSED WITHOUT PREJUDICE**. The Court **SEVERS** and **DISMISSES WITHOUT PREJUDICE** Plaintiff's claims relating to NCCC.

The Clerk shall enter judgment accordingly and terminate this case.

**IT IS SO ORDERED.**

_____
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**